UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-CV-00011-FDW

| | |
|---|---|
| CARROLL MESSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff Carroll Messer's Consent Motion for Attorney Fees, (Doc. No. 19). Pursuant to the motion, the parties have agreed that the Commissioner of Social Security should pay the sum of $5,751.08, in full and final settlement of all claims arising under the Equal Access to Justice Act ("**EAJA**"). See 28 U.S.C. § 2412(d).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees, (Doc. No. 19), is GRANTED. The Commissioner of Social Security shall pay to Plaintiff the sum of $5,751.08, and upon the payment of such sums this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

IT IS SO ORDERED.

Signed: September 12, 2022

*Frank D. Whitney*
Frank D. Whitney
United States District Judge